IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELTA SPARKS, as Guardian Ad Litem,

    Plaintiff,

vs.

NORTH SACRAMENTO SCHOOL DISTRICT, et al.,

    Defendants.

No. CIV S-05-2496 GEB KJM PS

ORDER

    The undersigned hereby recuses herself from this action under 28 U.S.C. § 455 (a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings that may be appropriate or required, making an adjustment in the assignment of cases to reflect the referral. All dates set in the above-entitled action before the undersigned are hereby vacated.

DATED: January 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
sparks..rec