1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DELTA SPARKS, as Guardian ad Litem

11              Plaintiff,                    No. CIV S-05-2496 GEB GGH PS

12        vs.

13    NORTH SACRAMENTO
      SCHOOL DISTRICT, et al.,               ORDER

14

15              Defendants.

16    _____/

17              Plaintiff is proceeding in this action pro se and in forma pauperis.  Plaintiff has

18    brought this action on behalf of her minor child.  While a non-attorney may represent him or

19    herself in a lawsuit, he or she has no authority to appear as an attorney for others.  "[A] parent or

20    guardian may not bring an action on behalf of a minor child without retaining a lawyer." Johns v.

21    County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997).  Plaintiff will therefore be granted thirty

22    days in which to obtain counsel.

23              Good cause appearing, IT IS ORDERED that plaintiff is granted thirty days from

24    /////

25    /////

26    /////

                                                1

1    the date of this order to obtain counsel and file a substitution of attorneys.  Failure to obtain

2    counsel will result in a recommendation that this action be dismissed without prejudice.

3    DATED:  4/5/06

4                                    /s/ Gregory G. Hollows

                                     _____

5    GGH:076 - Sparks2496.mnr                 GREGORY G. HOLLOWS,
                                     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26