IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELTA SPARKS, as Guardian ad Litem

    Plaintiff,                          No. CIV S-05-2496 GEB GGH PS

    vs.

NORTH SACRAMENTO
SCHOOL DISTRICT, et al.,           FINDINGS AND RECOMMENDATIONS

    Defendants.
_____/

        Plaintiff is proceeding in this action pro se and in forma pauperis. Plaintiff has brought this action on behalf of her minor child. On April 6, 2006, plaintiff was directed to obtain counsel and file a substitution of attorneys within thirty days of the order. Plaintiff was warned that failure to comply with the order would result in a recommendation that the action be dismissed without prejudice. Plaintiff has not responded to the order.

        While a non-attorney may represent him or herself in a lawsuit, he or she has no authority to appear as an attorney for others. "[A] parent or guardian may not bring an action on behalf of a minor child without retaining a lawyer." Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997). [1]

---

[1] The undersigned has again reviewed the complaint and finds that the "plaintiff" referenced in the complaint is the child, and not the mother.

1

1       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed
2 without prejudice.
3       These findings and recommendations are submitted to the United States District
4 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten
5 (10) days after being served with these findings and recommendations, any party may file written
6 objections with the court and serve a copy on all parties.  Such a document should be captioned
7 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
8 shall be served and filed within ten (10) days after service of the objections.  The parties are
9 advised that failure to file objections within the specified time may waive the right to appeal the
10 District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

11 DATED:  6/28/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

14 GGH:076
Sparks2496.fr.wpd